In an Article 3 Court under equity jurisdiction pursuant to the Constitution for the united States of America (See *Reynolds v Royal Mail Lines Inc.* 147 F.Supp.223, aff'd 254 F.2d 55, cert denied 358 U.S. 818, 79 S.Ct. 28, 3 L.Ed.2d 59) under the jurisdiction of the land and NOT the jurisdiction of the sea.

# In the District Court of the United States
# for the Northern District of Alabama
# Southern division

aubrey-maurice: garrett
All of "We the People" of the republic states
    Petitioner's

Case # _____

CV-16-P-1322-S

against

INTERNAL REVENUE [SERVICE]
John Koskinen, Commissioner of Revenue
Rebecca Kline, Director of Internal Revenue Service
each in their professional and personal capacities
defendants 1 through 100, not yet known but to be added when ascertained
    Respondents

**COMPLAINT**

## PARTIES

1. aubrey-maurice: garrett sojourns in the Republic state Alabama, one of the 50 states of the union, is not a "citizen of the UNITED STATES" as defined in UCC 9-307(h), is not a corporate "person" and is the authorized representative of the all caps name AUBREY MAURICE GARRETT.

2. INTERNAL REVENUE SERVICE is a private corporation based in Puerto Rico, employed by the federal government and the INTERNATIONAL MONETARY FUND as a collection agency.

3. John Koskinen is a citizen of the UNITED S and is employed by the UNITED STATES as Commissioner of revenue and is the respondeat superior to the other defendants.
4. Rebecca Kline is a citizen of the UNITED STATES and employed by the UNITED STATES as a director of INTERNAL REVENUE SERVICE.

## FACTS

5. The petitioners are private men sojourning in various Republic states of the Union, not associated with the "State of _____" which are fictitious federal states which have been created in every state of the Union (see *Howard versus Sinking Fund of Louisville*) which are corporations (see *Northern Pipeline Construction Company versus Marathon*

*Pipeline Company*) that are political subdivisions of the UNITED STATES, a private corporation located in the District of Columbia (see *Uniform Commercial Code 9-307 (h)*) which has been delegated limited powers by the Constitution for these united States of America. The UNITED STATES created a federal code that was to be used only in the District of Columbia, its territories, and it States (fictitious federal states). Then in 1945, the UNITED STATES created and past the BUCK ACT, an unconstitutional act that attempted to blanket all of the states of the Union giving the federal government, i.e. the UNITED STATES, a corporation, jurisdiction over the Republic states of the union, all in violation of the Constitution, the Bill of Rights, the laws of the United States, and treaties. The INTERNAL REVENUE SERVICE, by and through its agents, have sense come against the private men and women of the states of the Union, leading them to believe that they are federal employees without given them full disclosure, thus taxing their earnings as wages, assessing excessive penalties and interest causing extreme hardship, destroying families, destroying jobs, destroying businesses and causing havoc upon the American people, all without any constitutional delegation of authority, all in violation of the supreme law of the land consisting of the Constitution for these united States of America, laws of the United States (the Republic states of the union) and treaties per Article VI of the Constitution for these united States of America. The above named petitioners have informed the INTERNAL REVENUE SERVICE of their political status and the INTERNAL REVENUE SERVICE, by and through their agents, officers, and employees have continued to come against, harass, and steal the livelihood of each of them under the guise that they are corporations by placing their name in all capital letters by creating false records in a Puerto Rican office showing that they are drug dealers or some other false occupation in which they can use to come against them.

## COUNT ONE

6. That the respondents have committed the crime of personage, the crime of knowingly misrepresenting a living man or woman as a legal fiction, even after the petitioners have sent written documentation to the effect that they are not the legal fiction portrayed in the INTERNAL REVENUE SERVICE'S records. The respondents knew, or reasonably should have known, of the correct political status of the petitioner and continued to portray them as a legal fiction. The petitioners have been damaged.

7. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT TWO

8. The respondents have committed the crime of barratry, the crime of knowingly bringing false claims and charges based on personage in order to use foreign statutory law against living people. The petitioner's, again, have notified the INTERNAL REVENUE SERVICE of their political status as noncombatant American nationals. The INTERNAL REVENUE SERVICE has continued to come against the petitioners as if

they were the fictitious entity identified as the all caps name. The respondent knew or reasonably should have known that their actions were illegal. The petitioners have been damaged.

9. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT THREE

10. That the petitioners have informed the Internal Revenue Service in written documentation that they are not under the jurisdiction of the sea as they are state Citizens, non-resident aliens and American nationals of their respective Republic states as opposed to "State of _____ citizens" which are fictitious states created by the federal government (see *Howard versus sinking fund of Louisville*) which only has jurisdiction in the UNITED STATES, a private corporation located in the District of Columbia (see *UCC 9-307(h)*), its territories and it States (the State of _____). As the petitioners are Citizens of the Republic states and are not parties to the private corporation known as the District of Columbia, i.e. UNITED STATES, the INTERNAL REVENUE SERVICE has unlawfully stretched its arm into the Republic states without lawful authority in order to plunder, extract, pillage, steal, and to confiscate the material goods, i.e. property, money, businesses and other assets of the petitioners (see *Caha v. US, 152 US 211 (1894)* and *Foley Brothers, Inc v. Filardo, 336 US* 281 (1949)). The Internal Revenue Service knew or reasonably should have known that they were without authority in states of the Union. The petitioners have been damaged.

11. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT FOUR

12. That the respondents are guilty of inland piracy pursuant to count three above. INTERNAL REVENUE SERVICE knew or reasonably should have known that they were without authority to come against the respondents. Respondents have consistently come against the petitioners without authority. The petitioners have been damaged.

13. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT FIVE

14. The respondents are guilty of unlawful conversion by converting the assets of the petitioners to **their** own use without lawful authority and without the consent of the petitioners in violation of the Declaration of Independence. The petitioners have been damaged.

15. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT SIX

16. The respondents are guilty of identity theft by stealing the identity of the petitioners and, without the consent of the petitioners, have converted the lawful Christian name of the petitioners to that of the fictitious corporation for the purpose of plundering the petitioners. Petitioners have been damaged.

17. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT SEVEN

18. The petitioners have notified the INTERNAL REVENUE SERVICE that they are not "taxpayers" and the INTERNAL REVENUE SERVICE has continuously labeled the petitioners as "taxpayers" without the consent of the petitioners. The respondents have violated their very own code *(28 USC 2201(a))* in defiance of the petitioners true political status. INTERNAL REVENUE SERVICE knew or reasonably should have known that they were without authority to label the petitioners as a "taxpayer" without their consent. The petitioners have been damaged.

19. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT EIGHT

20. The respondents are guilty of theft by presumption, assuming that the petitioners are "citizens of the UNITED STATES" even though the petitioners have noticed the INTERNAL REVENUE that they are not. INTERNAL REVENUE is unlawfully associating the petitioners with this civil "status" to which the obligation attaches without the petitioners express consent demonstrated in a way that only the petitioner should define (See *FRCP Rule 17(h)(3)*). Petitioners have been damaged.

21. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT NINE

22. There only three ways to become subject to the civil jurisdiction of a specific government. (1) by consent; (2) representing an entity that has a domicile within a specific jurisdiction; or (3) engaging in commerce within the civil legislative jurisdiction of a specific government. The INTERNAL REVENUE SERVICE has failed and/or otherwise refused to abide by these rules, acting instead as a private corporation, and must approach the other party to the dispute in EQUITY rather than law, and do so in other than a franchise court. INTERNAL REVENUE SERVICE has unlawfully come against the petitioners in a franchise court under the pretense of a Constitutional Article III Court. Petitioners have been damaged.

23. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT TEN

24. The respondents have taken property of the petitioners without proving that the petitioners have donated, voluntarily and expressly, said property to public use (see *Budd v People of the State of New York, 143 US 517 (1892)*) and have taken said property without the consent of the petitioners and are guilty of theft. Petitioners have been damaged.

25. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT ELEVEN

26. That the respondents have alleged to the petitioners that the federal statutes are law that applies to everyone in the country, perpetrating a fraud that their private "law" was Public Law. The perpetration of such fraud is in violation of their Federal Rules of Civil Procedure 17(b). The petitioners relied upon said representation to their detriment and was damaged.

27. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten

million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT TWELVE

28. That the respondents are guilty of attempting to place the petitioners in involuntary servitude by forcing them to serve the private corporation known as the UNITED STATES, i.e. the District of Columbia without their voluntary and express consent in violation of the Declaration of Independence and the Bill of Rights to the Constitution for these united States of America by forcing them to support said operation with their private property, i.e. money, businesses, property, etc. all under color of law. Petitioners have been damaged.

29. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT THIRTEEN

30. That the INTERNAL REVENUE SERVICE holds itself out to be an agency of the federal government when in fact it is not (The IRS is not a U.S. Government Agency. It is an Agency of the IMF. (*Diversified Metal Products v. IRS et al. CV-93-405E-EJE U.S.D.C.D.I., Public Law 94-564, Senate Report 94-1148 pg. 5967,*) the INTERNAL REVENUE SERVICE is perpetrating a fraud upon the people through fear and intimidation in order to plunder and pillage the people of the 50 states of the Union into thinking that they are an agency of the federal government. Petitioners have been damaged.

31. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT FOURTEEN

32. That the respondents have engaged in the act of peonage in violation of their *18 USC 1581 and 42 USC 1994* by attempting to remove the sovereign status of the petitioners to that of being peons for the UNITED STATES, i.e. the District of Columbia, by forcing them to labor for the same. Petitioners have been damaged.

33. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT FIFTEEN

34. That the respondents have engaged in enticement into slavery in violation of their very own *18 USC 1583* through the enticement of having anyone who acquires a job to fill out a W-4 which says nothing about the fact that it is an "agreement" or contract even though the regulations at *26 CFR 31.3401 (a)-3* identified it as such, thus failing to give full disclosure of any such alleged contract in order to entice the victims into slavery. Petitioners have been damaged.

35. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT SIXTEEN

36. That the respondents have engaged in a conspiracy against the rights of the petitioners in violation of their very own *18 USC 241* by two or more persons conspiring to injure, oppress, threaten, or intimidate the petitioners in their perspective State in the free exercise or enjoyment of their rights secured to them by the Constitution or laws of the United States of America, or because of his having so exercised the same. The respondents knew or reasonably should have known the consequences of their action as they are under a duty to know the law. Petitioners have been damaged.

37. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT SEVENTEEN

38. That the respondents are guilty of racketeering and extortion in violation of their *18 USC 1951* through their "robbery" which means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining. The INTERNAL REVENUE [SERVICE] and the other respondents have made this a common practice. Petitioners have been damaged.

39. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

## COUNT EIGHTEEN

40. That the respondents are guilty of deprivation of rights in violation of their very own *18 USC 242* in that they, under color of any law, statute, ordinance, regulation, or

custom, willfully subjected the petitioners in their respective Republic state, to the deprivation of rights to their properties or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, and should be fined under this title or imprisoned not more than one year, or both. INTERNAL REVENUE SERVICE have made this a common practice. Petitioners have been damaged.

41. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

### COUNT NINETEEN

42. That the respondents are under a duty to know the law before they act. That the statutes that they rely upon allows them to charge certain amounts for certain things. But the respondents are charging in excess of double the prescribed penalties allowed by their very own statutes in violation of said statutes. Respondents knew, or reasonably should have known, that the amounts that they are alleging is in excess of what they are allowed to charge by statute. Petitioners have relied upon their false allegations to their detriment and have been damaged.

43. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

### COUNT TWENTY

44. That the respondents are under a duty to know the law before they act. The respondents knew, or reasonably should have known, that they were not allowed to come against the petitioners as they were not located in the UNITED STATES, i.e. the District of Columbia, were not "citizens of the UNITED STATES", nor are they engaged in a "trade or business of the UNITED STATES", nor are they employees or officers of the UNITED STATES and were beyond the scope of the reach of the INTERNAL REVENUE [SERVICE]. The respondents have, with full knowledge of these facts, come against the petitioners, with malice, to plunder and steal the properties of the petitioners. Petitioners have been damaged.

45. The petitioner hereby demand judgment against the respondents and in favor of the petitioners in the amount of ten million dollars ($10 million) in punitive damages, ten million dollars ($10 million) in actual damages, and ten million dollars ($10 million) in compensatory damages plus court cost and attorneys fees.

### COUNT TWENTY-ONE

46. That the respondents have made a continual practice of the above allegations in violation of the RICO Act. The petitioners have been damaged as a result of the respondents acts and hereby demands triple damages against each respondent.

Respectfully submitted,


*aubrey-maurice: garrett*
Autograph of aubry-maurice: garrett, non-combatant, American National and authorized representative of the all caps name AUBRY MAURICE GARRETT


3360 GARRETT DR S.E.
Bessemer, Ala (35022)

Phone (205) 424 8006

**In an Article 3 Court under equity jurisdiction pursuant to the Constitution for the united States of America** (See *Reynolds v Royal Mail Lines Inc.* 147 F.Supp.223, aff'd 254 F.2d 55, cert denied 358 U.S. 818, 79 S.Ct. 28, 3 L.Ed.2d 59) **under the jurisdiction of the land and NOT the jurisdiction of the sea.**

2016 AUG 15 A 10:59

U.S. DISTRICT COURT
N.D. OF ALABAMA

### In the District Court of the United States
### for the Northern District of Alabama
### Southern division

aubrey-maurice: garrett                                   Case # _____

CV-16-P-1322-S

**Internal Revenue Service, et al.**
    **Claimant**

### NOTICE TO THE COURT

Comes now, aubrey-maurice: garrett, and serve notice to the court that he has a Non-Combatant Status in which he accept the sections of the Lieber Code one through thirty inclusive, identifying himself as a non-combatant Alabamian, and relieves the judge of any obligation to enforce the Trading with the Enemy Act and accepting instead his Oath to protect and defend the Constitution.

Respectfully,

_aubrey-maurice: garrett_
Autograph of aubrey-maurice: garrett, an American National and the authorized representative of the all caps name AUBREY MAURICE GARRETT.

3360 Garrett Dr. S.E.
Bessemer A/A (35022)
phone (205) 424-8004

In an Article 3 Court under equity jurisdiction pursuant to the
Constitution for the united States of America (See *Reynolds v Royal Mail Lines Inc.* 147
F.Supp.223, aff'd 254 F.2d 55, cert denied 358 U.S. 818, 79 S.Ct. 28, 3 L.Ed.2d 59) under the
jurisdiction of the land and NOT the jurisdiction of the sea. 2016 AUG 15 A 10: 59

## In the District Court of the United States
## for the Northern District of Alabama
## Southern division

U.S. DISTRICT COURT
N.D. OF ALABAMA

aubrey-maurice: garrett
All of "We the People" of the republic states
Petitioner's

Case # _____

CV-16-P-1322-S

against

INTERNAL REVENUE [SERVICE], et al.
    Respondents

### PETITION FOR JOINDER

Comes now the petitioner, aubrey-maurice: garrett, and petitions this court for joinder of this action with the actions of donald-joe: barber, paul and kim trull, and david-clifton: harper as said actions are almost duplicate of the foregoing action and such joinder would save the court time, money, and expense while at the same time providing justice for all parties.

Respectfully submitted,


_____aubrey-maurice: garrett_____
Autograph of aubrey-maurice: garrett, a non-combatant, American National and authorized representative of the all caps name AUBREY MAURICE GARRETT

3360 Garrett Dr S.E
Bessemer Ala. (35022)

Phone (205) 424-8006

In an Article 3 Court under equity jurisdiction pursuant to the Constitution for the united States of America (See *Reynolds v Royal Mail Lines Inc.* 147 F.Supp.223, aff'd 254 F.2d 55, cert denied 358 U.S. 818, 79 S.Ct. 28, 3 L.Ed.2d 59) under the jurisdiction of the land and NOT the jurisdiction of the sea.

2016 AUG 15 A 10:59

U.S. DISTRICT COURT
N.D. OF ALABAMA

## In the District Court of the United States
## for the Northern District of Alabama
## Southern division

aubrey-maurice: garrett                                    Case # _____
All of "We the People" of the republic states
    Petitioner's

CV-16-P-1322-S

against

INTERNAL REVENUE [SERVICE], et al.
    Respondents

### PETITION FOR INJUNCTIVE RELIEF

Comes now the petitioner, aubrey-maurice: garrett, a non-combatant American National, and petitions this court for an order enjoining the Internal Revenue Service and/or its agents from interfering with the life, property, and pursuit of happiness of the petitioner until such time as this matter can be completely adjudicated in a court of competent jurisdiction pursuant to the Fifth Amendment of the Constitution for these United States of America, and the Declaration of Independence and would offer the following in support thereof:

1. That the petitioner is a non-combatant American National, **NOT** a "citizen of the UNITED STATES" as is defined in your Uniform Commercial Code found in Chapter 9, section 307(h), 26 USC 7701(a)(39), and your 19 Corpus Jurists Secundum 541.

2. That the petitioner is not an employee, public officer, or elected official of the UNITED STATES, nor has the petitioner engaged in a "trade or business of the UNITED STATES, as described in your 26 USC 6331(a) which states, "Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving a notice of levy on the employer (as defined in section 3401(d)) of such officer, employee, or elected official" , which places the petitioner outside of the scope of the collection of taxes of the Internal Revenue as he does not "reside" in the UNITED STATES (see your 28 USC 3002(15)(a)).

3. That the petitioner has in good faith demanded of the Internal Revenue Service to provide their constitutional delegation of authority to come against a Citizen of one of the Republic states of the union, namely Alabama, of which the Internal Revenue Service has failed and/or otherwise refused to produce.

4. That the Internal Revenue Service brought a Republic state Citizen, donald-joe: barber, before the United States District Court in 2011 with the intent of forcing him to pay taxes that he did not owe. When the Internal Revenue Service agent stated that she was trying to collect taxes from people in the 50 states of the union, Republic states, the case was dismissed making this action *res judicata*, already decided, as the petitioner is also a Republic state Citizen of the Republic state Alabama.

5. That the petitioner is not a "taxpayer" as is defined by your 26 USC 7701, of which the petitioner has notified the Internal Revenue Service on numerous occasions and they still persist unlawfully labeling the petitioner as such in violation of your 28 USC 2201(a).

6. That the petitioner has demanded of the Internal Revenue Service the production of any documents that they may have in their possession that would show that the petitioner has knowingly, willingly, and intentionally, volunteered to be a "citizen of the UNITED STATES" or that he has **CONSENTED** to be governed by the UNITED STATES, a corporation (see 28 USC 3002(15)(a)) as is required by the Declaration of Independence.

7. That as a non-combatant who has accepted sections 1 through 30 of the Lieber code, identifying himself as a non-combatant, is not to be treated as an enemy of the state under the Trading with the Enemy Act, but rather, should be given full protection under the Constitution for these United States of America.

8. That the Internal Revenue [Service] is attempting to collect more than twice the amount prescribed by law should they be able to prove that they have standing to come against the petitioner in the first place in violation of their very own 26 USC 7433 making them criminally liable.

9. That to allow the Internal Revenue Service to continue to come against this non-combatant American National without any proof that there are any monies owed would cause extreme hardship upon the petitioner, denying him his rights of equal protection under the law, and would violate his 4th and 5th Amendment rights under the Constitution for these United States of America.

10. That the instrument that the Internal Revenue [Service] alleges that they are charging the petitioner on is based in "LAW" at 48 Stat 48 112 and under the House Joint Resolution 192.

11. That your 12 USC 411 states that the Federal Reserve Note (the instrument that the Internal Revenue [Service] is attempting to tax) is an obligation of the United States. Your 31 USC 3124 states that obligations of the United States are not taxable, placing the Internal Revenue [Service] in violation of their very own statutes.

12. That the petitioner has a greater than average chance of prevailing in this matter pursuant to your statutes and the Statutes at Large and the fact that this matter has already been decided in 2011.

Wherefore, petitioner moves this court to issue an order to the Internal Revenue Service to cease and desist any and all attempts of collecting the bogus charges that have been placed against the petitioner as an enemy of the state under the Trading with the Enemy Act and to refund any and all monies taken in an attempt to collect these fraudulent tax charges.

Respectfully submitted,


*aubrey-maurice : garrett*
Autograph of aubrey-maurice: garrett, a non-combatant, American National and authorized representative of the all caps name AUBREY MAURICE GARRETT

3360 Garrett Dr. S.E.
Bessemer, Ala (35022)
phone (205) 424-8006